UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61803-CIV-DIMITROULEAS

RYAH TURIZO,

    Plaintiff,

v.

APARTMENT INVESTMENT AND
MANAGEMENT COMPANY,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 10], filed herein on September 30, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is hereby **APPROVED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record