UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61803-CIV-DIMITROULEAS

RYAH TURIZO,

     Plaintiff,

v.

APARTMENT INVESTMENT AND
MANAGEMENT COMPANY,

     Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal with Prejudice (the "Stipulation") [DE 12], filed herein on November 13, 2020.  The Court has carefully considered the Stipulation [DE 12] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 12] is **APPROVED**;

2. This action is hereby **DISMISSED WITH PREJUDICE** as to Plaintiff, Ryan Turiso's, individual claims and without prejudice as to any putative class members' claims;

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record